IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROBERT D. ALLEN,                )
                                )
       Plaintiff,               )
                                )        CIVIL ACTION NO.
       v.                       )         2:16cv720-MHT
                                )             (WO)
M. REESE, Correctional          )
Officer, et al.,                )
                                )
       Defendants.              )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 29) is adopted to the extent set forth in the opinion entered today.

(2) Defendants' motion for summary judgment (doc. no. 14) is granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of September, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**